**Order filed January 13, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00769-CV
_____

**JANICE TAYLOR, Appellant**

**V.**

**KUBALA PUBLIC ADJUSTERS, INC., d/b/a
KUBALA AND COMPANY ADJUSTERS, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 989268**

---

## O R D E R

Appellant's brief was due **November 3, 2011.** No brief or motion for extension of time has been filed.

Unless appellant files a brief, and a motion reasonably explaining why the brief was late, with the clerk of this court on or before **February 6, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM